IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00460-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARINO BERNARD SCOTT,

    Defendant.

_____

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**
_____

    Marino Scott moves that his release conditions be modified to require that, if he is accepted by said facility, he reside in a sober living home operated by Alano House in Colorado Springs, Colorado.

    Mr. Scott is facing revocation of supervised release. On June 2, 2014, he was released on bond pending a hearing. (The hearing is scheduled for September 17, 2014, at 2:30 p.m.) A condition of release required him to reside at a RRC, ComCor, in Colorado Springs.

    According to Mr. Scott's Probation Officer, Kathy Keenan, he has complied with the conditions of release. Ms. Keenan would like to place Mr. Scott at one of the Alano House sober living facilities in Colorado Springs, and, due to vagaries of funding, would need to do so on or before August 15, 2014. Mr. Scott has agreed to this placement.

Ms. Keenan contacted Assistant U.S. Attorney Alecia Riewerts Wolak and advised her of this proposed modification.

As Mr. Scott agrees with this move, he waives a hearing, and agrees the Court may enter and order modifying his conditions of release as requested.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Warren R. Williamson
        Warren R. Williamson
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Rick_williamson@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia Riewerts-Wolak, Assistant U.S. Attorney
    Email: alecia.riewerts.wolak@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Kathy Keenan, U.S. Probation Officer
    Email: kathy_keenan@cod.uscourts.gov

    Marino Scott
    *(via U.S. Mail)*

    s/ Warren R. Williamson
    Warren R. Williamson
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Rick_williamson@fd.org
    Attorney for Defendant