IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00460-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARINO BERNARD SCOTT,

    Defendant.

_____

**DEFENDANT'S VIOLATION MEMORANDUM**
_____

    Marino Scott agrees with the recommendation made by Senior U.S. Probation Officer Keenan in her violation report dated September 10, 2014. Doc. 32.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ Warren R. Williamson
    Warren R. Williamson
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Rick_williamson@fd.org
    Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alecia Riewerts-Wolak, Assistant U.S. Attorney
Email: alecia.riewerts.wolak@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Kathy Keenan, U.S. Probation Officer
Email: kathy_keenan@cod.uscourts.gov

Marino Scott
*(via U.S. Mail)*

                                        s/ Warren R. Williamson
                                        Warren R. Williamson
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Rick_williamson@fd.org
                                        Attorney for Defendant