# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00460-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARINO BERNARD SCOTT

    Defendant,



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 18 2014
JEFFREY P. COLWELL
CLERK

## PETITION FOR DECLARATORY JUDGEMENT

Comes now the Defendant MARINO BERNARD SCOTT, Pro-Se and ask this Honorable Court to issue a declaration judgment enforcing the terms as set out in JUDGMENT IN A CRIMINAL CASE/ Supervised Release, **CASE #: 3:06-00168-01**. The Defendant, moves this Honorable Court in the following particular:

### I. JURISDICTION

This Court has continued jurisdiction as the sentencing court (UNITED STATES DISTRICT COURT MIDDLE DISTRICT OR TENNESSEE) which accepted the guilty plea.

### II. FACTS

The defendant was arrested on August 29, 2006 for the offence of Bank Robbery, 18 U.S.C s2113(a). On May 8, 2007 The Defendant was sentenced to 75 Months F.B.O.P and Not more than 3 years Supervised Release. 18 U.S.C. s 3583(b)(2). On February 14, 2012 Defendant was release from The Federal Bureau of Prisons (F.B.O.P) to a Detainer, The State of TENNESSEE where He served 45 days and was released on April 3, 2012.

## III ARGUMENT

First it is commonly known that the plea bargain/accepting responsibility process involves a certain amount of "GIVE and TAKE" so as to reach a resolution that is acceptable to both The Court and Defendant. The Defendant was released from F.B.O.P custody and pursuant to 18 U.S.C s 3583(b)(2) started His 3 Years Supervised Release on February 14, 2012 and termination date February 14, 2015(SEE: NOTICE OF RELEASE AND ARRIVAL). THE UNITED STATES PROBATION failed to calculate Defendant Supervised Release date from the date of His release from the Federal Bureau of Prisons on February 14, 2012. Their calculated termination date is April 3, 2015. The incorrect calculation is in violation of U.S.C. s 3583(b)(2). The Defendant have been on some form of supervision since His release from F.B.O.P. custody on February 14, 2012. On February 17, 2012 the Defendant spoke with U.S. Probation Officer Bob Musser, CPO for Middle Tennessee. He took Defendant information and sent Him a Supervise Release Monthly Report Form to be filled out in returned back to him for the Monthly Report of March 2012. He also mailed defendant The Transfer of Jurisdiction Documents and Travel Permit to leave the State of Tennessee upon release from their custody and move to the State of Colorado to continue his Supervise Release by the U.S. Federal Probation Office in Colorado Springs Colorado.

## IV. PRAYER

**WHEREFORE,** the defendant pray that this Honorable Court grant the relief and issue a declaratory judgment ordering that the defendant Supervise Release date be corrected and changed from April 3, 2015 to February 14, 2015.

Respectfully Submitted,

*Marino B. Scott*

MARINO BERNARD SCOTT
4254 CROW CREEK DR.
COLORADO SPRINGS, CO. 80922

2

BP-A714 **NOTICE OF RELEASE AND ARRIVAL** CDFRM
APR 10
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| Inmate Name | Reg No: 18161-075 | Institution/Address |
|---|---|---|
| SCOTT, MARINO BERNARD | FBI No: 32592KA6 | FLORENCE HIGH USP |
| | (Misc No.): | PO BOX 7500 |
| | (Misc No.): | FLORENCE, CO 81226 |
| | (Misc No.): | 719-784-9454 |
| Release Date | Release Method | |
| 02-14-2012 | GCT REL | |
| Public Law Days | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision) | |
| | ☒ Yes    Supervision Term: 3 Years - 3559 PLRA Sentence | |
| | ☐ No     Special Parole Term: | |
| | ☐ N/A | |

### RELEASED TO: (Check One)

| ☐ Community | ☒ Detainer |
|---|---|
| Transportation arranged to: _____ | Detaining Agency: |
| Method of transportation: _____ | TN / Shelby Cou / Poss Contraband in Penal Inst & Unlawful Poss Controlled Subst / / |
| Date of expected arrival at residence: _____ | Agency Address: Shelby County Sheriff's Office |
| | 201 Poplar Ave |
| | Memphis TN 38103-1945 |

### SUPERVISION JURISDICTION(S)

| Sentencing District | District of Residence (for relocation cases) |
|---|---|
| Chief/Director: Bob Musser, CPO | Chief/Director: |
| Supervision/District: Middle Tennessee | Supervision/District: |
| Address: | Address: |
| 110 Ninth Avenue South | |
| Nashville, TN 37203 | |
| Phone: 615-736-6577 x116 | Phone: |

Address of proposed residence:

### DNA STATUS

| DNA Sample Required: | If YES date sample taken: | DNA Number |
|---|---|---|
| ☒ Yes ☐ No | 12-04-2009 | FLP01082 |

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)
*[signed] Marino Scott     2-12-2012*

**Distribution:** Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

Replaces BP-S714 dtd FEB 02

ISDS Version: 1.5.3

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was sent, via first-class, prepaid mail, this 16th day of November, 2014, to the following:

1) United States Attorney's Office, 1225 17th Street, Suite 700, Denver, CO 80294
2) OFFICE OF THE FEDERAL PUBLC DEFENDER, Warren R. Williamson, 633 17th Street, Denver, CO 80202
3) U.S. Probation Officer Kathleen A. Keenan, 212 N. Wahsatch, Suite 300, Colorado Springs, Colorado 80903

*/s/ Marino B. Scott*

MARINO BERNARD SCOTT